UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Tyler Dagon, as administrator of the Estate of Timothy Dagon, deceased, .,<br><br>    Plaintiff,<br><br>    v.<br><br>BNSF Railway Company, Defendant and United States Steel Corporation,  Third Party Defendant, | Case No. 19-cv-00417-JPG |

# JUDGMENT

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision, and all parties having stipulated to dismissal, IT IS ORDERED and ADJUDGED this between Plaintiff Tyler Dagon and Defendant BNSF Railway Company is DISMISSED WITH PREJUDICE as to all claims.

Additionally, this matter having come before the Court regarding the third-party complaint, and all parties having stipulated to dismissal of the third-party complaint of Third-Party Plaintiff BNSF Railway Company against Third-Party Defendant U.S. Steel Corporation, IT IS HEREBY ORDERED and ADJUDGED the third-party complaint is DISMISSED WITH PREJUDICE.

DATED: October 25, 2022                             **MONICA A. STUMP,** Clerk of Court
                                                                              s/Tina Gray, Deputy Clerk

Approved:      s/ J. Phil Gilbert
                     **J. PHIL GILBERT**
                     **DISTRICT JUDGE**